UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

WENDY NELSON, )
        Plaintiff, )
)
) Civil Action No. 0:17-cv-00718-BHH
v. )
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
        Defendant. )

## ORDER

Upon consideration of the Defendant's Motion for Entry of Judgment With Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby

ORDERED that Defendant's Motion is GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the case to the Commissioner for further administrative proceedings.

s/Bruce Howe Hendricks
_____
BRUCE HOWE HENDRICKS
United States District Judge

November 6, 2017

---

[1] A separate judgment will be ordered pursuant to the Federal Rules of Civil Procedure, Rule 58.